UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-1635-JCH |
| | ) | |
| BRETT FERGUSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. Thomas Gordon Lemley of The Bridgepoint Law Firm, LLC, has now been appointed to represent plaintiff in this case [Doc. #19]. The Court will *sua sponte* grant counsel time to file a third amended complaint, and in so doing, he should state the capacity in which the defendants are being sued (i.e., individual and/or official capacities). Plaintiff is reminded that the third amended complaint will supersede all previously-filed pleadings and will be the only complaint this Court reviews.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall file a third amended complaint **on or before April 4, 2016**.

Dated this 3rd day of March, 2016.

                                           **/s/ Jean C. Hamilton**
                                           **UNITED STATES DISTRICT JUDGE**